UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: __19-9205__ |
| v. | : | CRIMINAL ACTION |
| __Frank Monte__ | : | ORDER OF RELEASE |

The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:

(✓) Reporting, as directed, to U.S. Pretrial Services;

( ) Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;

(✓) Mental Health testing/treatment as directed by U.S. Pretrial Services:

(✓) The defendant shall appear at all future court proceedings;

(✓) Other: __no contact w/ any VA police officer or employee,__

__[signature]__          __10-9-19__
DEFENDANT                  DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

__Anthony R. Mautone__
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

__10/9/19__
DATE

- Any other VA employee other than legitimate request for medical treatment or services
- any secret service agent, employee or officer.
- any U.S. attorney's office employee.
- no harassing or threatening telephone calls with/to anyone